PFE/JAB: DECEMBER 2022
GJ# 4

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **FLOYD DEONTE DAWSON,** ) | |
|    Defendant. ) | |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(o)(1)]**

The Grand Jury charges that:

On or about the 22nd day of June 2022, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**FLOYD DEONTE DAWSON,**

knowingly possessed a machinegun, commonly known as a Glock switch, that is, a part designed or intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO:  [26 U.S.C. § 5861(d)]

The Grand Jury charges that:

On or about the 22nd day of June 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**FLOYD DEONTE DAWSON,**

knowingly received and possessed a machinegun, commonly known as a Glock switch, that is, a part designed or intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ Electronic Signature*
        ALAN BATY
        Assistant United States Attorney